District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.H.T., <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00755-JLR <br><br> STIPULATED MOTION TO EXTEND DEADLINE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> July 31, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, hereby jointly stipulate and move to extend Defendants' deadline to respond to the Complaint to September 4, 2024. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. Defendants' response to the Complaint is currently due on August 5, 2024.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).

STIPULATED MOTION TO EXTEND DEADLINE
[Case No. 2:24-cv-00755-JLR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

Good cause exists for the extension of Defendants' deadline to respond to the complaint. USCIS's Asylum Office has recently received Plaintiff's files. These files need to be reviewed prior to the agency moving forward with the processing of Plaintiff's application, which will determine the path forward for this litigation. As additional time is necessary for this to occur, the parties request that the Court extend Defendants' deadline to respond to the Complaint to September 4, 2024. The parties have not requested any previous requests to extend this deadline.

DATED this 31st day of July, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| s/ Michelle R. Lambert<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | s/ Jane Marie O'Sullivan<br>JANE MARIE O'SULLIVAN, WSBA#34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email:  jane@osullivanlawoffice.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

**I certify that this memorandum contains 210 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION TO EXTEND DEADLINE
[Case No. 2:24-cv-00755-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

# ORDER

Defendants' time to respond to the Complaint is extended to September 4, 2024. It is so **ORDERED**.

DATED this  31st  day of   July  , 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINE
[Case No. 2:24-cv-00755-JLR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800