District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| S.H.T.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00755-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>August 8, 2024 |

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until January 15, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate his asylum application. Defendants' response to the Complaint is currently due on September 4, 2024. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until January 15, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00755-JLR] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for September 17, 2024. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until January 15, 2025. The parties will submit a status update on or before January 15, 2025.

//
//
//
//
//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00755-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1     DATED this 8th day of August, 2024.

2 Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | O'SULLIVAN LAW OFFICE |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email: michelle.lambert@usdoj.gov | *s/ Jane Marie O'Sullivan*<br>JANE MARIE O'SULLIVAN, WSBA#34486<br>2417 Pacific Avenue SE, 2nd Floor<br>Olympia, Washington 98501<br>Phone: (206) 340-9980<br>Email: jane@osullivanlawoffice.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

**I certify that this memorandum contains 395 words, in compliance with the Local Civil Rules.**

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00755-JLR] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

**ORDER**

The case is held in abeyance until January 15, 2025.  The parties shall submit a status update on or before January 15, 2025.  It is so **ORDERED**.

DATED this  12th  day of  August , 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-00755-JLR] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800